No. 81–1422. SMOKE-CRAFT, INC. *v.* UNITED STEEL WORKERS OF AMERICA, AFL–CIO–CLC. C. A. 9th Cir. Certiorari denied.

No. 81–1423. WILSON *v.* RENNER, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF MINNESOTA (MUTUAL OF OMAHA INSURANCE CO., REAL PARTY IN INTEREST). C. A. 8th Cir. Certiorari denied.

No. 81–1431. JOINT COUNCIL OF TEAMSTERS No. 42, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. *v.* ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–1436. PAINTER, SUPERVISOR OF LYONS TOWNSHIP *v.* NEKOLNY ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–1442. LEWIS ET AL. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–1461. CONTRERAS ET AL. *v.* CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–1462. GREAT AMERICAN FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* NALORE ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–1473. KLINSKI *v.* FOUR WINDS TRAVEL, INC. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–1482. KENDALL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–1499. COLORADO SPANISH PEAKS RANCH, INC. *v.* TRAVELERS INSURANCE CO. C. A. 9th Cir. Certiorari denied.